UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHANIEL ISH,

             Petitioner,

  v.

JEFFREY A UTTECHT,

            Respondent.

CASE NO. C12-6084 RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. Petitioner's application to proceed IFP is **DENIED**.

3. The Clerk shall file the complaint only on receipt of the usual filing fee, which was received on January 15, 2013.

DATED this 8th day of February, 2013.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1