UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHANIEL ISH,<br><br>        Petitioner,<br><br>   v.<br><br>JEFFREY A UTTECHT,<br><br>        Respondent. | CASE NO. C12-6084 RBL-JRC<br><br>ORDER GRANTING IN PART PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

Petitioner asks the Court for a sixty-day extension to file a reply to the answer (ECF No. 24). Petitioner argues that respondent received a ninety-day extension to file an answer (ECF No. 24). Each request for an extension is evaluated on the merits of that request. Petitioner is required to show that an extension for filing a reply is warranted. Petitioner states that he has limited access to a law library. While this may be grounds for an extension, petitioner does not show that a

sixty-day extension is warranted. Petitioner will have until August 16, 2013, to file a reply. The reply brief is limited to twelve pages. *See* Local Rule 7(e)(3).

      Dated this 15th day of July, 2013.

                                                    J. Richard Creatura
                                                    United States Magistrate Judge

ORDER GRANTING IN PART PETITIONER'S
MOTION FOR AN EXTENSION OF TIME TO
FILE A REPLY - 2