UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHANIEL ISH,

                Petitioner,

    v.

JEFFREY A UTTECHT,

               Respondent.

CASE NO. C12-6084 RBL

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation. The Court dismisses this petition for the reasons set forth in the Report and Recommendation.

(2)     The Court will not issue a Certificate of Appealability.

(3).     The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 17th day of March, 2014.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE